IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TINA L.COOPER                                                                                    PLAINTIFF

     v.       Civil No. 14-2010

CAROLYN W. COLVIN, Commissioner
SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## O R D E R

 On the 22nd day of January 2014, Plaintiff submitted a perfected request for leave to proceed *in forma pauperis*. ECF No. 6. IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* and motion for Service be granted. ECF No. 2. The court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the Plaintiff by certified mail, return receipt requested, on the defendant, Carolyn W. Colvin, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

 IT IS SO ORDERED on this the 22nd day of January 2014.

               */s/ J. Marschewski*
               HON. JAMES R. MARSCHEWSKI
               UNITED STATES MAGISTRATE JUDGE